· Katherine Hosl, Appellant, et al., Plaintiff, v. City of New York, Respondent.— In an action to recover damages for personal injuries sustained when appellant fell on an icy pavement at a crosswalk, judgment for respondent unanimously affirmed, with costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.